IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W CLARK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RODNEY REUTER, Hon.; JOHN A. VIK, Captain, #902138; KINGSWOOD, #2202; and GUTHARD, #22126;<br><br>　　　　　Defendants. | **4:24CV3091**<br><br>**MEMORANDUM AND ORDER** |
| KENNETH W. CLARK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KLAUS HARTMANN, BRITTANI E. LEWIT, KRISTI EGGER, and KELSEY L. HELGET,<br><br>　　　　　Defendants. | **4:24CV3092**<br><br>**MEMORANDUM AND ORDER** |
| KENNETH W CLARK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID BARBER, JOHN A. VIK, Captain, #902138; KINGSWOOD, #2202; and GUTHARD, #22126;<br><br>　　　　　Defendants. | **4:24CV3093**<br><br>**MEMORANDUM AND ORDER** |

| | |
|---|---|
| KENNETH W. CLARK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY IMPOUND LOT, MR. JIM SCHWARTZTRAUBER, Owner; MS. SARA SCHWARTZTRAUBER, General Manager/Co-Owner; W. RANDALL PARAGAS, Fraud Law Offices; and LISA S. LOMACK, Fraud divorce wife not posted surving;<br><br>　　　　　Defendants. | 4:24CV3104<br><br><br>MEMORANDUM AND ORDER |
| KENNETH W. CLARK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL HUMANE SOCIETY, OFFICER STEEN #93, Animal Contro; OFFICER FINELLI #84, Animal Contro; OFFICER BOMDERGER #86, Animal Contro; and RICK TAST, City Attorney Office;<br><br>　　　　　Defendants. | 4:24CV3105<br><br><br>MEMORANDUM AND ORDER |

　　The above-captioned cases are before the Court on its own motion. Between June 3, 2024, and July 1, 2024, orders and notices sent to Plaintiff at his last known address have been returned to this Court as undeliverable. *See* Filing Nos. 6 & 9, Case No. 4:24CV3091; Filing No. 7, Case No. 4:24CV3092; Filing No. 6, Case No. 4:24CV3093; Filing No. 5, Case No. 4:24CV3104; Filing Nos. 5 & 8, Case No. 4:24CV3105. Plaintiff has appeared at the Clerk's office in person and maintains that his address is 4700 West F Street, Lincoln, NE 68522, and someone is "tampering" with

2

his mail. *See* Filing No. 7, Case No. 4:24CV3091 ("my mail being tamper [sic] with the evidence"). However, all of the returned mail has a forwarding address provided by the post office of 2426 S. 8th Street, Lincoln, NE 68502-3407. *See* Filing Nos. 6 & 9, Case No. 4:24CV3091; Filing No. 7, Case No. 4:24CV3092; Filing No. 6, Case No. 4:24CV3093; Filing No. 5, Case No. 4:24CV3104; Filing Nos. 5 & 8, Case No. 4:24CV3105.

The Court hereby notifies Plaintiff that any orders or notices sent from the Court in the above-captioned cases will be mailed to the 8th Street address provided as a forwarding address by the post office. As the 8th Street address appears to be Plaintiff's current mailing address, it is the address the Court will use for serving notice of Court filings on Plaintiff. Plaintiff is further advised that he has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to update the Court's records in the above-captioned cases to reflect that Plaintiff's mailing address is 2426 S. 8th Street, Lincoln, NE 68502-3407.

2. Plaintiff is advised that the Court will use the above address for serving notice of all future Court filings on Plaintiff.

Dated this 2nd day of July, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

4